Calvin D. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 72489.

Missouri Court of Appeals, Western District.

June 29, 2012.

Susan L. Hogan, Kansas City, MO, for appellant.

Jessica P. Meredity, Jefferson City, MO, for respondent.

Before: JOSEPH M. ELLIS, P.J., and JAMES E. WELSH and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Calvin Williams pled guilty in the Circuit Court of Jackson County to two criminal charges under § 191.677, RSMo: one count of recklessly infecting another person with the human immunodeficiency virus ("HIV"); and one count of recklessly exposing another person to such an infection. Williams received a thirty-year sentence for the former offense, and a fifteen-year sentence for the latter; the court ordered the sentences to be served consecutively. Williams moved for post-conviction relief, arguing that he was induced to plead guilty by the false assurances of his plea counsel that he would receive either probation or a less severe sentence. The motion court denied Williams' claim after an evidentiary hearing. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this

order has been provided to the parties. Rule 84.16(b).